IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Butler, Renee D | Case Number: 07 B 01009 |
| | Judge: Hollis, Pamela S |
| Printed: 4/15/08 | Filed: 1/21/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 3, 2008
Confirmed: April 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 8,237.00 | |
| Secured: | | 4,522.25 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,274.00 |
| Trustee Fee: | | 440.75 |
| Other Funds: | | 0.00 |
| Totals: | 8,237.00 | 8,237.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ronald B Lorsch Esq | Administrative | 3,274.00 | 3,274.00 |
| 2. | Fremont Investment & Loan | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 2,071.51 | 160.00 |
| 4. | HSBC Auto Finance | Secured | 18,864.36 | 3,200.00 |
| 5. | Fremont Investment & Loan | Secured | 17,655.74 | 1,162.25 |
| 6. | City Of Chicago | Unsecured | 0.00 | 0.00 |
| 7. | National Payment Center | Unsecured | 0.00 | 0.00 |
| 8. | Midwest Physician Group | Unsecured | 1,559.11 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 240.00 | 0.00 |
| 10. | Cavalry Portfolio Services | Unsecured | 550.98 | 0.00 |
| 11. | United States Dept Of Education | Unsecured | 32,003.78 | 0.00 |
| 12. | Melanie Fitness Center | Unsecured | 180.00 | 0.00 |
| 13. | RJM Acquisitions LLC | Unsecured | 95.30 | 0.00 |
| 14. | HSBC Auto Finance | Unsecured | 322.26 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 295.31 | 0.00 |
| 16. | Nicor Gas | Unsecured | 787.03 | 0.00 |
| 17. | Cook County Treasurer | Secured | | No Claim Filed |
| 18. | Melanie Fitness Center | Unsecured | | No Claim Filed |
| 19. | TCF Bank | Unsecured | | No Claim Filed |
| 20. | Illinois State Police | Unsecured | | No Claim Filed |
| 21. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 22. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| | | | $ 77,899.38 | $ 7,796.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Butler, Renee D | Case Number:  07 B 01009 |
| | Judge:  Hollis, Pamela S |
| Printed:  4/15/08 | Filed:  1/21/07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 32.27 |
| 5.4% | 408.48 |
| | _____ |
| | $ 440.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

